# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| Pennsylvania Real Estate Investment Trust, Debtor. | § § § § | Case No. 20-12737 (KBO) |
| Employer's Tax Identification No.: 23-6216339 | § § § | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PREIT Associates, L.P., Debtor. | § § § § | Case No. 20-12736 (KBO) |
| Employer's Tax Identification No.: 23-2925032 | § § § | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PREIT-RUBIN, Inc., Debtor. | § § § § | Case No. 20-12738 (KBO) |
| Employer's Tax Identification No.: 23-2204920 | § § § | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PR Fin Delaware LLC, Debtor. | § § § § | Case No. 20-12739 (KBO) |
| Employer's Tax Identification No.: N/A | § § § | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PR Valley View OP-DSG/CEC, LLC, Debtor. | § § § § | Case No. 20-12740 (KBO) |
| Employer's Tax Identification No.: 83-2805063 | § § § | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PR Springfield Town Center LLC, | § | Case No. 20-12741 (KBO) |

|  |  |  |
|---|---|---|
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 47-2159679 | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Moorestown Anchor-L&T, LLC, | § | Case No. 20-12743 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Cumberland Outparcel LLC, | § | Case No. 20-12744 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Woodland Anchor-S, LLC, | § | Case No. 20-12745 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Valley Anchor-S, LLC, | § | Case No. 20-12748 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Swedes Square LLC, | § | Case No. 20-12750 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |

| | | |
|---|---|---|
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Magnolia LLC,<br>                    Debtor. | § § § § | Case No. 20-12753 (KBO) |
| Employer's Tax Identification No.: 23-2925017 | § § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Financing II LLC,<br>                    Debtor. | § § § § | Case No. 20-12754 (KBO) |
| Employer's Tax Identification No.: N/A | § § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Financing I LLC,<br>                    Debtor. | § § § § | Case No. 20-12757 (KBO) |
| Employer's Tax Identification No.: 23-0347844 | § § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Cherry Hill Office GP, LLC,<br>                    Debtor. | § § § § | Case No. 20-12759 (KBO) |
| Employer's Tax Identification No.: N/A | § § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| Bala Cynwyd Associates, LP,<br>                    Debtor. | § § § § | Case No. 20-12761 (KBO) |
| Employer's Tax Identification No.: 23-2528913 | § § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Valley LLC,<br>                    Debtor. | § § § § | Case No. 20-12764 (KBO) |

| | | |
|---|---|---|
| Employer's Tax Identification No.: 20-0344705 | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Valley Limited Partnership, | § § | Case No. 20-12766 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: 23-2935123 | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| Plymouth Ground Associates LLC, | § § | Case No. 20-12769 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: N/A | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| Plymouth Ground Associates, LP, | § § | Case No. 20-12771 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: N/A | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR AEKI Plymouth LLC, | § § | Case No. 20-12775 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: N/A | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR AEKI Plymouth, LP, | § § | Case No. 20-12777 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: N/A | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Gainesville LLC, | § | Case No. 20-12779 (KBO) |

|  |  |  |
|---|---|---|
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR GV LLC, | § | Case No. 20-12742 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR GV LP, | § | Case No. 20-12747 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Gainesville Limited Partnership, | § | Case No. 20-12749 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Valley View Anchor-M, LLC, | § | Case No. 20-12804 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Valley View Anchor-M Limited Partnership, | § | Case No. 20-12789 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |

```
-----------------------------------------------------------x
In re:                                          §    Chapter 11
                                                §
PR Exton Outparcel GP, LLC,                     §    Case No. 20-12755 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: N/A          §
                                                §
-----------------------------------------------------------x
In re:                                          §    Chapter 11
                                                §
PR Exton Outparcel Holdings, LP,                §    Case No. 20-12758 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: N/A          §
                                                §
-----------------------------------------------------------x
In re:                                          §    Chapter 11
                                                §
PR Exton Outparcel Limited Partnership,         §    Case No. 20-12760 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: N/A          §
                                                §
-----------------------------------------------------------x
In re:                                          §    Chapter 11
                                                §
PR JK LLC,                                      §    Case No. 20-12763 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: N/A          §
                                                §
-----------------------------------------------------------x
In re:                                          §    Chapter 11
                                                §
PR Jacksonville LLC,                            §    Case No. 20-12765 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: 20-0344726   §
                                                §
-----------------------------------------------------------x
In re:                                          §    Chapter 11
                                                §
PR Jacksonville Limited Partnership,            §    Case No. 20-12768 (KBO)
                        Debtor.                 §
                                                §
```

| | | |
|---|---|---|
| Employer's Tax Identification No.: N/A | § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Financing Limited Partnership, | § § | Case No. 20-12770 (KBO) |
| Debtor. | § § § | |
| Employer's Tax Identification No.: 25-1714892 | § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR CC II LLC, | § § | Case No. 20-_12772 (KBO) |
| Debtor. | § § § | |
| Employer's Tax Identification No.: N/A | § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Capital City LLC, | § § | Case No. 20-12774 (KBO) |
| Debtor. | § § § | |
| Employer's Tax Identification No.: 20-0344283 | § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Capital City Limited Partnership, | § § | Case No. 20-12776 (KBO) |
| Debtor. | § § § | |
| Employer's Tax Identification No.: 01-0557775 | § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR CC I LLC, | § § | Case No. 20-12778 (KBO) |
| Debtor. | § § § | |
| Employer's Tax Identification No.: 20-0343669 | § § | |
| ----------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR CC Limited Partnership, | § | Case No. 20-12781 (KBO) |

|  |  |  |
|---|---|---|
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 20-0344179 | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Prince George's Plaza LLC, | § | Case No. 20-12782 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 36-4156377 | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Hyattsville LLC, | § | Case No. 20-12784 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 20-8943110 | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Plymouth Anchor-M, LLC, | § | Case No. 20-12785 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Plymouth Anchor-M, L.P., | § | Case No. 20-12787 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Valley Anchor-M, LLC, | § | Case No. 20-12785 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ---------------------------------------------------------------x | | |

```
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR Valley Anchor-M Limited Partnership,                §    Case No. 20-12789 (KBO)
                        Debtor.                        §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR TP LLC,                                             §    Case No. 20-12746 (KBO)
                        Debtor.                        §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR TP LP,                                              §    Case No. 20-12751 (KBO)
                        Debtor.                        §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR Exton LLC,                                          §    Case No. 20-12756 (KBO)
                        Debtor.                        §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR Exton Limited Partnership,                          §    Case No. 20-12762 (KBO)
                        Debtor.                        §
                                                       §
Employer's Tax Identification No.: 35-2202620          §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
XGP LLC,                                               §    Case No. 20-12767 (KBO)
                        Debtor.                        §
                                                       §
```

| | | |
|---|---|---|
| Employer's Tax Identification No.: N/A | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Exton Square Property L.P., | § § | Case No. 20-12773 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: 27-5107997 | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Plymouth Meeting LLC, | § § | Case No. 20-12780 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: N/A | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Plymouth Meeting Limited Partnership, | § § | Case No. 20-12783 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: 11-3688280 | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Moorestown LLC, | § § | Case No. 20-12786 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: N/A | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| PR Moorestown Limited Partnership, | § § | Case No. 20-12790 (KBO) |
| Debtor. | § § | |
| Employer's Tax Identification No.: 30-0167661 | § § | |
| ------------------------------------------------------------x | | |
| In re: | § § | Chapter 11 |
| Moorestown Mall LLC, | § | Case No. 20-12791 (KBO) |

|  |  |  |
|---|---|---|
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 73-1668051 | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Moorestown Anchor-M LLC, | § | Case No. 20-12792 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR PM PC Associates LLC, | § | Case No. 20-12793 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR PM PC Associates LP, | § | Case No. 20-12794 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Plymouth Meeting Associates PC LP, | § | Case No. 20-12795 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR BVM LLC, | § | Case No. 20-12796 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PR Valley Solar LLC, | § | Case No. 20-12797 (KBO) |
|                 Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PREIT-RUBIN OP, Inc., | § | Case No. 20-12798 (KBO) |
|                 Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 23-0384799 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PR Sunrise Outparcel 2, LLC, | § | Case No. 20-12799 (KBO) |
|                 Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 27-3814373 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PR Monroe Old Trail, LLC, | § | Case No. 20-12800 (KBO) |
|                 Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PR Monroe Old Trail Limited Partnership, | § | Case No. 20-12801 (KBO) |
|                 Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PR Monroe Old Trail Holdings, LLC, | § | Case No. 20-12802 (KBO) |
|                 Debtor. | § | |

| | |
|---|---|
| Employer's Tax Identification No.: N/A § § | |
| ----------------------------------------------------------------x | |
| In re: § § | Chapter 11 |
| PR Monroe Old Trail Holdings, L.P., § Debtor. § § | Case No. 20-12803 (KBO) |
| Employer's Tax Identification No.: N/A § § | |
| ----------------------------------------------------------------x | |

**ORDER DIRECTING JOINT ADMINISTRATION
OF THE DEBTORS' CHAPTER 11 CASES**

This matter coming before this Court upon the motion (the "Motion")¹ filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order"), directing the procedural consolidation and joint administration of the Debtors' Chapter 11 Cases, all as further described in the Motion; and upon consideration of the First Day Declaration; and this Court having found that (i) this Court has jurisdiction over the Debtors, their estates, property of their estates and to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (ii) this Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iv) venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) the Debtors' notice of the Motion and opportunity for a hearing were adequate and appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at a hearing before this Court (the "Hearing"); and having

---

¹ Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

determined that the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth in this Order.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 20-12737 in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. Parties in interest are directed to use the Proposed Caption, attached hereto as **Exhibit 1**, which satisfies the requirements of section 342(c) of the Bankruptcy Code, when filing a pleading with the Court in the Debtors' Chapter 11 Cases, indicating that the pleading relates to the jointly administered Chapter 11 Cases of "In re: Pennsylvania Real Estate Investment Trust, *et al.*"

4. An entry shall be made on the docket in the chapter 11 case of each other Debtor entity, substantially stating as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Pennsylvania Real Estate Investment Trust, *et al.* The docket in Case No. 20-12737 should be consulted for all matters affecting this case.

5. The Debtors, through their Court-approved claims and noticing agent, shall maintain separate claims registers, to the extent proofs of claim are filed, and shall file separate schedules of assets and liabilities and statements of financial affairs for each Debtor, if required by separate order of the Court.

6.	Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the Debtors or their estates.

7.	The Debtors are hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

8.	The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.	This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: November 2nd, 2020  
Wilmington, Delaware

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**

EAST\177258720                    15